CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 26 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KELVIN A. CANADA, | Civil Action No. 7:11cv00499 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| SGT. WILLIAM WRIGHT *et. al.*, | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

It is hereby **ADJUDGED** and **ORDERED** that the defendants' motion for summary judgment is **GRANTED** as to all of the plaintiff's claims against all of the defendants except for the plaintiff's claims of excessive force and deliberate indifference during the plaintiff's cell extraction against Wright, Tate, Fields, Milgrim, Large, Hartsock, Payne, and Turner. On those claims, the defendants' motion for summary judgment is **DENIED** in accordance with Parts II and III of the memorandum opinion entered on this day. Further, the plaintiff's requests for preliminary injunctive relief are hereby **DENIED**. The Clerk is **DIRECTED** to set this matter for trial and send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: July 26, 2012.

_____
UNITED STATES DISTRICT JUDGE